IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ADEBAMBO SONAIKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | FILE NO. 1:14-CV-02466-AT |
| CITY OF SMYRNA, | ) | |
| OFFICER W.D. NESBIT, in his | ) | |
| Individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF ADEBAMBO SONAIKE

Please take notice that the City of Smyrna, Georgia ("Smyrna") and Officer W.D. Nesbit ("Nesbit"), named as defendants in the above-styled action, by and through the undersigned attorneys, will take the deposition of:

Deponent:        Plaintiff, Adebambo Sonaike

Date:            December 3, 2014

Time:            10:00 a.m.

Location:        Filopovits Law Firm, P.C.
                 2900 Chamblee-Tucker Rd.
                 Building One
                 Atlanta, GA 30341

The deposition will be upon oral examination pursuant to Rules 26 and 30of the Federal Rules of Civil Procedure and taken for the purposes of discovery, corss-examination, and for all other lawful purposes.  The deposition will continue from day-to-day until completed.  The deposition will be taken before a notary public or some other officer duly authorized by law to administer oaths, and will be recorded by both video and stenographic means.  The deposition is taken with previous notice to and by agreement with opposing counsel.

The undersigned, in accordance with L.R. 7.1 and 5.1 hereby certifies that the typefont used herein is 14-Point Times New Roman font.

This 21st day of November, 2014.

/s/Harvey S. Gray
Harvey S. Gray
Georgia Bar No.: 305838
Matthew A. Ericksen
Georgia Bar No.: 304088
Attorneys for Defendants

GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, GA  30326
(404) 870-7376 (Gray)
(404) 870-5955 (Ericksen)
(404) 870-7374 (Fax)
Email:  hgray@grsmb.com
Email:  mericksen@grsmb.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ADEBAMBO SONAIKE,                    )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )  CIVIL ACTION
                                     )  FILE NO. 1:14-CV-02466-AT
CITY OF SMYRNA,                      )
OFFICER W.D. NESBIT, in his          )
Individual capacity,                 )
                                     )
        Defendants.                  )

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this date electronically filed the foregoing

**DEFENDANTS' NOTICE OF VIDEOTAPED DEPOSITION OF**

**PLAINTIFF ADEBAMBO SONAIKE** with the Clerk of the Court using the

CM/ECF system which will automatically send email notification of such filing to

the following attorneys of record:

Jeffrey R. Filipovits, Esq.
*Filipovits Law Firm, P.C.*
2900 Chamblee-Tucker Road
Building 1
Atlanta, Georgia 30341

3

This 21st day of November, 2014.


/s/Harvey S. Gray
Harvey S. Gray
Georgia Bar No.: 305838
Matthew A. Ericksen
Georgia Bar No.: 304088
Attorneys for Defendants

**GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.**
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, GA  30326
(404) 870-7376 (Gray)
(404) 870-5955 (Ericksen)
(404) 870-7374 (Fax)
Email:  hgray@grsmb.com
Email:  mericksen@grsmb.com

I:\604\283 - Sonaike v. Smyrna\Pleadings\11.21.14 Defendants' Notice of Deposition of Plaintiff for December 3, 2014.docx