IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ADEBAMBO SONAIKE, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SMYRNA, <br> OFFICER W.D. NESBIT, <br><br> Defendants. | CIVIL CASE NO.: <br><br> 1:14-cv-02466-MHC |

## ORDER EXTENDING THE DISCOVERY PERIOD

The parties have jointly requested this Court extend the discovery period. Having considered the parties' motion, this Court hereby GRANTS the motion and it is hereby ORDERED that the time for conducting discovery shall be extended until March 12, 2015, and the deadline for the filing of dispositive motions in this matter shall be extended to April 10, 2015.

So ordered, this 2nd day of January, 2015.

_____
MARK H. COHEN
United States District Judge