FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 10 2015

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ADEBAMBO SONAIKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION |
| | ) FILE NO. 1:14-CV-02466-MHC |
| CITY OF SMYRNA, | ) |
| OFFICER W.D. NESBIT, in his | ) |
| Individual capacity, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MANUAL FILING

Please take notice that defendants the City of Smyrna, Georgia ("Smyrna") and W.D. Nesbit ("Nesbit"), have manually filed the following material to be considered by this Court in connection with their motion for summary judgment filed contemporaneously herewith:

1. DVD containing the surveillance video from the Smyrna Police Department (Referenced as Exhibit "A" to the Affidavit of W. Darrell Nesbit, Jr.)

The above-referenced material was not filed electronically because it cannot be converted into a format suitable for electronic filing with this Court.

The undersigned, in accord with L.R. 5.1 and 7.1 hereby certifies that the

typefont used herein is 14-Point Times New Roman font.

This 10th day of April, 2015.

Harvey S. Gray
Georgia Bar No.: 305838
Matthew A. Ericksen
Georgia Bar No.: 304088
Attorneys for Defendants

**GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.**
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, GA 30326
(404) 870-7376 (Gray)
(404) 870-5955 (Ericksen)
(404) 870-7374 (Fax)
Email: hgray@grsmb.com
Email: mericksen@grsmb.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ADEBAMBO SONAIKE,               )
                                      )
      Plaintiff,               )
                                        )
v.                                 ) CIVIL ACTION
                                 ) FILE NO. 1:14-CV-02466-MHC
CITY OF SMYRNA,             )
OFFICER W.D. NESBIT, in his    )
Individual capacity,         )
                                       )
      Defendants.           )

## CERTIFICATE OF SERVICE

This is to certify that I have this date filed the foregoing **NOTICE OF MANUAL FILING** with the Clerk of Court and service upon all counsel of record by depositing same in the United States Mail with adequate postage affixed thereon to:

> Jeffrey R. Filipovits, Esq.
> *Filipovits Law Firm, P.C.*
> 2900 Chamblee-Tucker Road
> Building 1
> Atlanta, Georgia 30341

This 10th day of April, 2015.

Harvey S. Gray
Georgia Bar No.: 305838
Matthew A. Ericksen
Georgia Bar No.: 304088
Attorneys for Defendants

**GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.**
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, GA 30326
(404) 870-7376 (Gray)
(404) 870-5955 (Ericksen)
(404) 870-7374 (Fax)
Email:  hgray@grsmb.com
Email:  mericksen@grsmb.com


I:\604\283 - Sonaike v. Smyrna\Pleadings\MSJ\Defendants' MSJ- Notice of Filing Video.docx